THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY J. D'AMORE, Defendant-Appellant.

(No. 72-2;

Second District—October 20, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Albert Brooks Friedman, Ltd., of Chicago, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (James W. Jerz, of Model State's Attorneys Office, of counsel,) for the People.